UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN JOSEPH RICHT,                                        08 CV 3307(DAB)(RLE)

Plaintiff,

-against-

THE LONG ISLAND RAILROAD COMPANY,

Defendant.

-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On April 8, 2008, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

The Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435
Attn: Legal Department

Laurie A. Hockman

Sworn to before me this 8th day of April, 2008.

Notary Public

FREDRIC M. GOLD
Notary Public, State of New York
No 02GO5044894
Qualified in Nassau County
Commission Expires June 5, 2011