```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN JOSEPH RICHT,                              :

            Plaintiff,                              :          **ORDER**

    -against-                                            :          08 Civ. 3307 (FM)

LONG ISLAND RAILROAD COMPANY,    :

            Defendant.                          :
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        The parties have advised me that they have reached a settlement. The Clerk of the Court therefore is directed to close the case.

        SO ORDERED.

Dated:      New York, New York
               April 14, 2009

                                                      _____
                                                        FRANK MAAS
                                                United States Magistrate Judge

Copies to:

Fredric M. Gold, Esq.
Sable & Gold
Fax: (212) 244-2258

Christopher P. Yodice, Esq.
Long Island Railroad Company
Fax: (718) 558-8211